UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TOMMY J. RATLIFF** | **CIVIL ACTION** |
| **VERSUS** | **NO:   14-2010** |
| **CAROLYN W. COLVIN,**<br>**ACTING COMMISSIONER OF**<br>**SOCIAL SECURITY** | **SECTION: "J" (4)** |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Tommy J. Ratliff's Supplemental Security Income is **AFFIRMED**.

New Orleans, Louisiana, this 30th day of November, 2015.

_____
**UNITED STATES DISTRICT JUDGE**